C. MILTON FOREMAN, Plaintiff, Respondent, v. LOUIS JACQUES CONSTRUCTION Co., INC., and Others, Respondents; THE PEOPLES NATIONAL BANK OF ELIZABETH. NEW JERSEY, and Another, Appellants.— Motion for reargument denied, with

ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.